UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUGH L HUBBARD,<br><br>                Plaintiff,<br><br>    v.<br><br>LOUIS DEJOY, et al.,<br><br>                Defendants. | CASE NO. C21-738 MJP<br><br>ORDER OF DISMISSAL |

The Court raises this matter sua sponte. On August 17, 2021, the Court issued a Minute Order noting the parties' failure to file a joint status report. (Dkt. No. 5.) The Minute Order then extended the time to file the report to September 28, 2021, and warned Plaintiff that failure to file a joint status report by September 28, 2021 could result in dismissal for failure to prosecute. (Id.) Plaintiff has failed to file a joint status report by September 28, 2021. The Court therefore DISMISSES this action for failure to prosecute. See Fed. R. Civ. P. 41(b).

Additionally, Plaintiff has failed to correct the deficiencies noted as to his motion to proceed in forma pauperis (IFP). (Dkt. No. 2.) As the notice of the IFP deficiency stated, failure

ORDER OF DISMISSAL - 1

1  to correct the problems could result in dismissal. (Id.) The Court finds Plaintiff's failure to
2  correct the IFP deficiency is a separate and independent basis on which the Court DISMISSES
3  this action for failure to prosecute under Fed. R. Civ. P. 41(b).
4      The clerk is ordered to provide copies of this order to Plaintiff and all counsel.
5      Dated October 8, 2021.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

ORDER OF DISMISSAL - 2